IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:25-mj-305 |
| ) | |
| v. ) | **MOTION TO UNSEAL** |
| ) | |
| HEATHER MORROW ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, who respectfully shows unto the Court that the necessity for keeping the above-captioned Criminal Complaint and Affidavit sealed no longer exists.

THEREFORE, the United States respectfully moves the Court to unseal the above-captioned case.

Respectfully submitted, on this day of November 17, 2025.

RUSS FERGUSON
UNITED STATES ATTORNEY

/s/ Kenneth M. Smith
Assistant United States Attorney
N.C. Bar # 17934
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 334-6222
E-mail: kenny.smith@usdoj.gov