FILED
Charlotte
Nov 18 2025
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

RECEIVED
**UNITED STATES MARSHAL**

**10:07 am, Nov 17 2025**

**WESTERN NORTH CAROLINA**
**CHARLOTTE**

| | |
|---|---|
| United States of America<br>v.<br><br>Heather MORROW<br><br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:25-mj- **305-DCK**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Heather Morrow                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Felony Assault, Resist, and Impede a Federal Officer, a violation of Title 18, U.S.C. Section 111(a)(1).

Date:     11/17/2025

*Issuing officer's signature*

City and state:     Charlotte, North Carolina

The Hon. David C. Keesler, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*   11-17-25  , and the person was arrested on *(date)*   11-16-25
at *(city and state)*   Charlotte, NC   .

Date:   11-17-25

*Arresting officer's signature*

Chris Carawan - DUSM
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   Heather Morrow

Known aliases: _____

Last known residence:   8302 Gidleigh Court, Charlotte, North Carolina

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth:   02/24/1981

Social Security number:   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

Height:   5'9"      Weight: _____

Sex:   Female      Race:   White

Hair:   Brown      Eyes:   Blue

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number):* _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address:   FBI Charlotte, 7915 Microsoft Way, Charlotte, NC

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable):* _____

Date of last contact with pretrial services or probation officer *(if applicable):* _____