IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:25MJ305-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA </br> </br> v. </br> </br> HEATHER MORROW | ) </br> ) **MOTION TO DISMISS** </br> ) **CRIMINAL COMPLAINT** </br> ) **WITHOUT PREJUDICE** </br> ) </br> ) </br> ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and with leave of this Court, the United States Attorney for the Western District of North Carolina hereby moves to dismiss without prejudice the above-captioned Criminal Complaint.

Respectfully submitted this 24th day of November 2025.

    RUSS FERGUSON
    UNITED STATES ATTORNEY
    /s/ Kenneth M. Smith
    ASSISTANT U.S. ATTORNEY
    N. C. Bar # 17934
    United States Attorney's Office
    227 West Trade Street, Suite 1650
    Charlotte, N.C. 28202
    (704) 344-6222
    Email: kenny.smith@usdoj.gov