IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-MJ-305-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| HEATHER MORROW, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Dismiss Criminal Complaint Without Prejudice" (Document No. 16) filed November 24, 2025. The Government seeks to dismiss without prejudice the charges against Defendant Heather Morrow in the Criminal Complaint in the above-captioned case.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Dismiss Criminal Complaint Without Prejudice" (Document No. 16) is **GRANTED**, and the charges against Defendant Heather Morrow in the above-captioned Criminal Complaint are **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, defense counsel, and the United States Attorney's Office.

**SO ORDERED**.

Signed: November 24, 2025

David C. Keesler
United States Magistrate Judge